Argued and submitted May 27, affirmed August 3, 1981

In the Matter of the Marriage of

LIEUALLEN,
*Appellant,*
*and*
LIEUALLEN,
*Respondent.*

(No. 22,558, CA 18260)

631 P2d 1391

Garry L. Reynolds, Hermiston, argued the cause for appellant. With him on the brief was Morrison, Reynolds & Bloom, P.C., Hermiston.

W. Eugene Hallman, Pendleton, argued the cause for respondent. With him on the brief was Mautz & Hallman, Pendleton.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM

**PER CURIAM.**

The trial court's division of the property was equitable given the duration of the marriage and the parties' contributions to it. We will not modify a property division unless we are convinced we can make a significantly preferable disposition. *Frishkoff and Frischkoff,* 45 Or App 1033, 610 P2d 831 (1980).

Affirmed. No costs to either party.